UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  Case No. 3:03-cr-18-J-20MCR

ANTHONY CONRAD BEEKS,

　　Defendant,
_____/

### O R D E R

Before this Court is Defendant's Motion to Modify Judgment and request for a hearing regarding his conditions of supervised release (Doc. 220, filed January 27, 2010). There appears to be no reason to modify the judgment or to alter the Defendant's conditions of supervised release. Therefore, the Defendant's Motion is **DENIED**.

**DONE AND ORDERED** at Jacksonville, Florida, this ⁄2⁄ day of March, 2010.

HARVEY E. SCHLESINGER
United States District Judge

Copies to:
Anthony Conrad Beeks, Defendant
Arnold B. Corsmeier, AUSA
U.S. Probation